**In re James SANTOS, d/b/a James Electric Co., Inc., Debtor.**

**James SANTOS, d/b/a James Electric Co., Inc., Plaintiff, Appellee,**

**v.**

**MAST CONSTRUCTION COMPANY, INC., Defendant, Appellant.**

**Bankruptcy No. 82–9041.**

United States Bankruptcy Appellate Panel for the First Circuit.

Dec. 17, 1982.

PER CURIAM:

The facts and legal arguments are adequately presented in the briefs and record. The law is well established. We adopt and affirm the findings of fact and conclusions of law of the Bankruptcy Court.